# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHANEICE PERKINS,
ADC # 754203                                                                                    PLAINTIFF

V.                                    4:14CV00507 BRW/JTR

WOODY JONES, Doctor,
Russellville Medical Clinic, et al.                                                    DEFENDANTS

## ORDER

Plaintiff Shaneice Perkins commenced this *pro se* action by filing a Complaint pursuant to 42 U.S.C. § 1983 (Doc. 2). On September 5, 2014 filings from the Court mailed to Plaintiff were returned as undeliverable.[1] *Doc. 4*.

*Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants. Of particular note to *pro se* plaintiffs is Local Rule 5.5(c)(2), which states:

> Parties appearing *pro se*. **It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address**, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30)

---

[1] A message on the return envelope indicated that Plaintiff had been paroled on June 27, 2014. Regardless, it is Plaintiff's responsibility to keep the Clerk of Court apprised of her most current address.

> days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2) (emphasis added). Accordingly, Plaintiff is ordered to notify the Clerk of Court of her current address within **thirty (30) days** of the date of this Order's entrance. Her failure to do so will result in the dismissal of her Complaint without prejudice pursuant to Local Rule 5.5(c)(2).

SO ORDERED THIS 22nd day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE